U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Patricia D. Ferraro, Plaintiff<br>v.<br>Best Buy Co., Inc., a corporation; and Best Buy Stores, L.P., a limited partnership; and Hewlett-Packard Company, a corporation, Defendants. | FILED: JUNE 25, 2008<br>08CV3638<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Best Buy Co., Inc. and Best Buy Stores, L.P., defendants    TC

| |
|---|
| NAME (Type or print)<br>W. Scott Trench |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ W. Scott Trench |
| FIRM<br>The Hunt Law Group, LLC |
| STREET ADDRESS<br>225 W. Washington, 18th Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6208379 | TELEPHONE NUMBER<br>312-384-2300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐