IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA D. FERRARO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   1:08-cv-3638 |
| | ) | |
| BEST BUY CO., INC., a corporation; | ) | Judge Kennelly |
| and BEST BUY STORES, L.P., | ) | |
| a limited partnership, and; | ) | Magistrate Judge Cox |
| HEWLETT-PACKARD COMPANY, | ) | |
| a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

The Defendants, BEST BUY CO., INC. and BEST BUY STORES, L.P., by their attorneys, THE HUNT LAW GROUP, LLC, as for their MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, pursuant to Fed .R. Civ. P. 6, state as follows:

1. This case involves allegations of personal injuries resulting from a defective laptop computer/power cord manufactured by Hewlett-Packard.

2. The plaintiff alleges, *inter alia*, strict product liability against Best Buy.

3. This matter was removed to this court from the Circuit Court of Cook County, Law Division, on June 25, 2008.

4. Pursuant to Fed. R. Civ. P. 81(c)(C), Defendants' Answer is due on July 2, 2008.

5. Defense counsel is investigating this claim, and anticipates motion practice requiring in response to plaintiff's Complaint for which an affidavit will be required.

6. As a result, the defendants request additional time to further investigate this claim and to identify an appropriate affiant.

30168/bmc

7.  Counsel for the plaintiff has no objection to the requested extension. (See correspondence attached hereto as Exhibit A.)

WHEREFORE, the defendants, BEST BUY CO., INC. and BEST BUY STORES, L.P. respectfully request that this Court enter an order granting the defendant an extension of thirty (30) days in which to answer or otherwise plead, or for such other relief as this Honorable Court deems just and appropriate.

Respectfully submitted,

By: s/ W. Scott Trench
W. Scott Trench

Brian J. Hunt (6208379)
W. Scott Trench (6270751)
THE HUNT LAW GROUP, LLC
Attorneys for Defendant, BEST BUY CO., INC.
225 W. Washington St., 18th Floor
Chicago, Illinois 60606
312-284-2300 (phone)
312-443-9391 (fax)
bhunt@hunt-lawgroup.com
strench@hunt-lawgroup.com

# EXHIBIT A

The Hunt Law Group, LLC
225 W. Washington Street
Suite 1850
Chicago, IL 60606
(312) 384-2300 (phone)
(312) 443-9391 (fax)

**THE HUNT LAW GROUP, LLC**





| **To:** | Francis P. Morrisey | **From:** | W. Scott Trench |
|---|---|---|---|
| **Fax:** | 312.580.2041 | **Date:** | Tuesday, July 01, 2008 |
| **Re:** | Ferraro v. Best Buy Stores et al. | **Pages:** | 2 (including cover page) |

**Our File #:** 30168

☐ **Urgent**    ☐ **For Review**   ☐ **Please Comment**    ☐ **Please Reply** ☐ **Please Recycle**

If you do not receive this entire fax, please contact Sandra Aguado at 312.384.2309

•**Comments:**

Please see attached.

# THE HUNT LAW GROUP, LLC

225 W. Washington Street, 18th Floor
Chicago, Illinois 60606
312.384.2300 (Main)
312.443.9391 (Fax)

W. Scott Trench
strench@hunt-lawgroup.com

Direct Dial:
312.384.2306

July 1, 2008

**VIA FACSIMILE - 312. 580.2041**
Francis P. Morrissey
Burke, Mahoney & Wise
161 N. Clark St., Suite 2240
Chicago, IL 60601

Re:   <u>Patricia Ferraro v. Best Buy Co., Inc., Best Buy Stores, L.P., and Hewlett-Packard Company</u>
Court No.:   08 L 5182
Our File No.:   30168

Dear Frank:

This will confirm our telephone conversation today in which you stated no objection to a thirty (30) day extension of time for Best Buy Co., Inc., and Best Buy Stores, L.P. to answer or otherwise plead to Plaintiff's complaint.

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

The Hunt Law Group, LLC

By: W. Scott Trench



# hp LaserJet 4345mfp series

## Fax Call Report                                                                    1

The Hunt Law Group
312-443-9391
Jul-01-2008 10:39 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 612 | Jul-01-2008 10:39 AM | Send | 13125802041 | 0:37 | 2 | Success |