IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA D. FERRARO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   1:08-cv-3638 |
| | ) | |
| BEST BUY CO., INC., a corporation; | ) | (Cook County No. 2008 L 005182) |
| and BEST BUY STORES, L.P., | ) | |
| a limited partnership, and; | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Francis P. Morrissey                               Michael J. Hayes, Sr.
      Michael G. Mahoney                                 Daniel J. Hayes
      Burke, Mahoney & Wise                              Bell Boyd & Lloyd
      161 N. Clark Street, Suite 2240                    70 W. Madison Street, Suite 3100
      Chicago, IL 60601                                  Chicago, IL 60602

On, **July 10, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kennelly, in Room 2103 of the Everett McKinley Dirksen Building, or any judge sitting in his stead, in the courtroom usually occupied by him, and shall then and there present the attached **Agreed Motion for Extension of Time to Answer or Otherwise Plead.**

                                                    THE HUNT LAW GROUP, LLC

                                       By:   /s/ W. Scott Trench
                                             W. Scott Trench
                                             ID Number 6208397

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 25th day of June 2008, before 5:00 p.m.

/s/ W. Scott Trench
W. SCOTT TRENCH

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300