IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA D. FERRARO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-03638 |
| | ) | |
| BEST BUY CO., INC., a corporation; | ) | (Cook County No. 2008 L 005182) |
| and BEST BUY STORES, L.P., | ) | |
| a limited partnership, and; | ) | The Honorable Judge Kennelly |
| HEWLETT-PACKARD COMPANY, | ) | |
| a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND**

Defendant, HEWLETT-PACKARD COMPANY ("Hewlett-Packard"), by its attorneys, Bell, Boyd & Lloyd LLP, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves for additional time, up to and including August 1, 2008, to answer or otherwise respond to Plaintiff's Complaint, and in support thereof states as follows:

1.  On June 25, 2008, Hewlett-Packard and Defendant Best Buy Co., Inc., timely filed a Joint Notice of Removal, thereby removing this case to the Federal District Court for the Northern District of Illinois.

2.  Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendant's Answer is due by July 2, 2008.

3.  Hewlett-Packard's investigation into the factual issues raised in the Complaint are ongoing and it will not be possible to complete the responsive pleading by July 2, 2008.

4.  By this Motion, Hewlett-Packard requests a thirty (30) day extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including August 1, 2008.

5.      Hewlett-Packard's counsel has conferred with Plaintiff's counsel and Plaintiff's counsel as represented that he does not object to a thirty (30) day extension of time to answer or otherwise respond to Plaintiff's Complaint.

6.      No previous extension of time has been requested by Hewlett-Packard.

7.      This Motion is not being filed for purposes of delay, but solely to allow Hewlett-Packard sufficient time to prepare an adequate response to the Complaint, and will not cause prejudice to any party.

WHEREFORE, Defendant, Hewlett-Packard, respectfully requests that this Court enter an order allowing it additional time, up to and including August 1, 2008, to answer or otherwise respond to Plaintiff's Complaint, and such other relief as deemed appropriate.

Dated: July 1, 2008

Respectfully submitted,

HEWLETT-PACKARD COMPANY

By  /s/  Joel C. Griswold
    On of Its Attorneys

Michael J. Hayes
Daniel J. Hayes
Joel C. Griswold
Sara E. Robinson
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, Illinois  60602
(312) 372-1121

454979/E/1

## CERTIFICATE OF SERVICE

I, Joel C. Griswold, an attorney in the law firm of Bell, Boyd & Lloyd LLC, certify that I have this 1st day of July, 2008, caused to be served a copy of the **Hewlett-Packard Company's Agreed Motion for Extension of Time to Answer or Otherwise Respond** upon the following via the electronic filing system of the United States District Court for the Northern District of Illinois:

| | |
|---|---|
| Francis P. Morrisey | W. Scott Hunt |
| Michael G. Mahoney | The Hunt Law Group, LLC |
| Burke, Mahoney & Wise | 225 West Washington, 18th Floor |
| 161 North Clark Street, Suite 2240 | Chicago, Illinois  60606 |
| Chicago, Illinois  60601 | |

                                                                                 _____
                                                                                                Joel C. Griswold

454979/E/1