IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA D. FERRARO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-03638 |
| | ) | |
| BEST BUY CO., INC., a corporation; | ) | (Cook County No. 2008 L 005182) |
| and BEST BUY STORES, L.P., | ) | |
| a limited partnership, and; | ) | The Honorable Judge Kennelly |
| HEWLETT-PACKARD COMPANY, | ) | |
| a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on July 10, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in Room 2103, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Hewlett-Packard Company's Agreed Motion for Extension of Time to Answer or Otherwise Respond.**

Dated: July 1, 2008

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　HEWLETT-PACKARD COMPANY

　　　　　　　　　　　　　　　　　　　　　By  /s/  Joel C. Griswold
　　　　　　　　　　　　　　　　　　　　　　　　On of Its Attorneys

454980/E/1

Michael J. Hayes
Daniel J. Hayes
Joel C. Griswold
Sara E. Robinson
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
(312) 372-1121

454980/E/1

## CERTIFICATE OF SERVICE

      I, Joel C. Griswold, an attorney in the law firm of Bell, Boyd & Lloyd LLC, certify that I have this 1st day of July, 2008, caused to be served a copy of the **Hewlett-Packard Company's Notice of Agreed Motion for Extension of Time to Answer or Otherwise Respond** upon the following via the electronic filing system of the United States District Court for the Northern District of Illinois:

| | |
|---|---|
| Francis P. Morrisey | W. Scott Hunt |
| Michael G. Mahoney | The Hunt Law Group, LLC |
| Burke, Mahoney & Wise | 225 West Washington, 18th Floor |
| 161 North Clark Street, Suite 2240 | Chicago, Illinois  60606 |
| Chicago, Illinois  60601 | |

                                                                          _____
                                                                                           Joel C. Griswold