### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA D. FERRARO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    1:08-cv-3638 |
| | ) | |
| BEST BUY CO., INC., a corporation; | ) | Judge Kennelly |
| and BEST BUY STORES, L.P., | ) | |
| a limited partnership, and; | ) | Magistrate Judge Cox |
| HEWLETT-PACKARD COMPANY, | ) | |
| a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### <u>NOTICE OF MOTION</u>

TO:    Francis P. Morrissey                      Michael J. Hayes, Sr.
             Michael G. Mahoney                  Daniel J. Hayes
             Burke, Mahoney & Wise             Bell Boyd & Lloyd
             161 N. Clark Street, Suite 2240    70 W. Madison Street, Suite 3100
             Chicago, IL 60601                     Chicago, IL 60602

On, **August 21, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kennelly, in Room 2103 of the Everett McKinley Dirksen Building, or any judge sitting in his stead, in the courtroom usually occupied by him, and shall then and there present the attached **DEFENDANTS, BEST BUY CO., INC., AND BEST BUY STORES, L.P.'S, MOTION TO DISMISS COUNTS III AND VI OF PLAINTIFF'S COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(6).**

THE HUNT LAW GROUP, LLC

By:    /s/ W. Scott Trench          
         W. Scott Trench
         ID Number 6208397

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300

## <u>CERTIFICATE OF SERVICE</u>

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 11th day of August 2008, before 5:00 p.m.

/s/ W. Scott Trench
W. SCOTT TRENCH

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300