IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA D. FERRARO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    08 C 3638 |
| | ) | |
| BEST BUY CO., INC., a corporation; | ) | Hon. Matthew F. Kennelly |
| and BEST BUY STORES, L.P., a | ) | |
| limited partnership, and, HEWLETT- | ) | |
| PACKARD COMPANY, | ) | |
| a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on August 21, 2008 at 9:30 a.m.**,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in Room 2103, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Hewlett-Packard Company's Motion to Dismiss Count IX of the Complaint,** a true and correct copy of which is hereby served upon you.

August 11, 2008                                         Respectfully submitted,

                                                        HEWLETT-PACKARD COMPANY

                                                        By:   /s/ Joel C. Griswold
                                                              One of Its Attorneys

Michael J. Hayes, Sr.
Daniel J. Hayes
Joel Griswold
Bell, Boyd & Lloyd LLP
Three First National Plaza, Suite 3100
70 West Madison Street
Chicago, Illinois  60602
(312) 372-1121

## **CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for Defendant, Hewlett-Packard Company, hereby certifies that a true and accurate copy of the foregoing Notice of Motion to Dismiss Count IX of the Complaint was served on August 11, 2008, via the electronic filing system of the United States District Court for Northern District of Illinois, Eastern Division, upon the following:

Francis P. Morrisey
Michael G. Mahoney
Burke, Mahoney & Wise
161 North Clark Street, Suite 2240
Chicago, Illinois 60601

                                                          /s/ Joel C. Griswold