UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Patricia D. Ferraro
        Plaintiff,

v.                 Case No.: 1:08−cv−03638
                 Honorable Matthew F. Kennelly

Best Buy Co., Inc., et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

  MINUTE entry before the Honorable Matthew F. Kennelly:Response to motion to dismiss due by 10/6/2008, Reply due by 10/20/2008. Ruling by mail. Initial Status hearing set for 8/27/2008 is vacated and reset to 9/17/2008 at 09:00 AM., in chambers, room 2188. Parties are to comply with Judge Kennelly's standing order. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.