30168

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA D. FERRARO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.    1:08-cv-3638 |
| BEST BUY STORES, L.P., a limited partnership, and; HEWLETT-PACKARD COMPANY, a corporation, | ) ) ) ) ) ) | Judge Kennelly<br><br>Magistrate Cox |
| Defendants. | ) | |

## BEST BUY STORES, L.P.'S NOTICE OF DISMISSAL OF CROSSCLAIM PURSUANT TO FED. R. CIV. P. 41(c)

The Defendant, BEST BUY STORES, L.P., by its attorneys, THE HUNT LAW GROUP, LLC, as its Notice of Dismissal of Crossclaim Pursuant to Fed .R. Civ. P. 41(c), states as follows:

1. This case involves allegations of personal injuries resulting from a defective laptop computer/power cord manufactured by Hewlett-Packard Company ("HP") and sold by Best Buy Stores, L.P. ("Best Buy").

2. On May 27, 2010, Best Buy filed a crossclaim against HP for contribution, implied indemnity and contractual indemnity.

3. Since the filing of said crossclaim, HP has agreed to assume the defense and indemnity of Best Buy and will be substituting as counsel of record on behalf of Best Buy.

4. Pursuant to Fed. R. Civ. P. 41(c), Best Buy may voluntarily dismiss its crossclaim against HP without a court order anytime before a responsive pleading is served.

5. To date, HP has not filed or served a responsive pleading to Best Buy's crossclaim. Accordingly, Best Buy may dismiss its crossclaim pursuant to notice in accordance with Fed. R. Civ. P. 41(c).

WHEREFORE, the defendant, BEST BUY STORES, L.P., pursuant to Fed. R. Civ. P. 41(c), hereby dismisses its crossclaim against HEWLETT-PACKARD COMPANY without prejudice.

                                                 Respectfully submitted,

                                   By:    s/ W. Scott Trench
                                           W. Scott Trench

W. Scott Trench (6270751)
THE HUNT LAW GROUP, LLC
Attorneys for Defendant, BEST BUY STORES, LP
20 N. Wacker Drive, Suite 1711
Chicago, Illinois 60606
312-284-2300 (phone)
312-443-9391 (fax)
strench@hunt-lawgroup.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA D. FERRARO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-3638 |
| | ) | |
| BEST BUY STORES, L.P., | ) | Judge Kennelly |
| a limited partnership, and; | ) | |
| HEWLETT-PACKARD COMPANY, | ) | Magistrate Cox |
| a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2010, I electronically filed the attached Notice of Dismissal of Crossclaim Pursuant to Fed .R. Civ. P. 41(c) with the Clerk of the United States District Court for the Northern District of Illinois pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users, to the following:

**Plaintiff's Attorneys**:
Lisa T. Damico – ltd@mahoneydamico.com
Mahoney & Damico
1021 W. Adams, Suite A
Chicago, IL 60607
312-633-4200
312-633-4237 (Fax)

**Attorneys for Defendant Hewlett-Packard Company**
Richard H. Chapman – rchapman@clarkhill.com
Hannah L. Kaplan – hkaplan@clarkhill.com
Clark Hill PLC
150 N. Michigan Avenue, #2700
Chicago, IL 60601
312-985-5900

Anthony Agosta – aagosta@clarkhill.com
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
313-965-8300

30168

                                        THE HUNT LAW GROUP, LLC

                                By: /s/ W. Scott Trench
                                    W. SCOTT TRENCH (#6270751)

W. Scott Trench (6270751)
THE HUNT LAW GROUP, LLC
Attorneys for Defendant, BEST BUY STORES, LP
20 N. Wacker Drive, Suite 1711
Chicago, Illinois 60606
312-284-2300 (phone)
312-443-9391 (fax)
strench@hunt-lawgroup.com