# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3638 | **DATE** | 11/10/2010 |
| **CASE TITLE** | Ferraro vs. Best Buy | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to compel (96). Motion is terminated as moot. By agreement, summary judgment is entered in favor of Best Buy. Deadline for Hewlett-Packard's motion for summary is extended to 11/19/2010.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|